Liquidator of National Surety Company, Appellant; HERMAN J. SEIBER, as Trustee in Bankruptcy of GEORGE C. HESS, Claimant, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 929.]

SAMUEL ROBINOV, Appellant, v. HOMLER PROGRESSIVE SOCIETY, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JAMES G. HARDY, Respondent, v. MARTHA S. HARDY, Appellant.— Order unanimously modified by allowing a counsel fee in the sum of $1,500, and as so modified affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Cohn and Callahan, JJ.

JAMES G. HARDY, Respondent, v. MARTHA S. HARDY, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Cohn and Callahan, JJ.

In the Matter of LOUIS BLITZER, Doing Business as 31ST STREET TRADING Co., Appellant, against EDGAR BROMBERGER, as Commissioner of Investigation of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 842.]

HENRY SHUMAN, as Receiver of the IBIBIO TRADING CORPORATION, LIMITED, Respondent, v. WILLARD HAWES & Co., INC., et al., Appellants.— Order unanimously reversed, with $20 costs and disbursements, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. SMITH, FRIZZELLE & Co., INC., Defendant; FRIEDA ROTHENBERG et al., Appellants, and JAMES J. GERAGHTY, as Receiver, Respondent.— Order reversed, with $20 costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon and Cohn, JJ., dissent and vote to affirm. Settle order on notice.

MAXWELL LEHRHAUPT, Respondent, v. MORRIS KANE, Doing Business under the Name of K & P PRECISION TOOL & DIE Co., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MAXWELL LEHRHAUPT, Respondent, v. MORRIS KANE, Doing Business under the Name of K & P PRECISION TOOL & DIE Co., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

EMERGENCY COMMITTEE TO SAVE THE JEWISH PEOPLE OF EUROPE, INC., Appellant, v. PIERRE VAN PAASSEN et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 842.]

MYRON J. MORRIS, Respondent, v. JOSEPH S. BLUME et al., Defendants, and JOSEPH S. BLUME & Co., INC., Appellant.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements, with leave to the defendant-appellant to answer the complaint within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon and Callahan, JJ.